UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **GREG BURLEY** ) | |
| ) | |
| **Appellant,** ) | |
| ) | |
| v. ) | APP NO. 14-7051 |
| ) | |
| **NATIONAL PASSENGER RAIL CORP.** ) | |
| **D/B/A/ AMTRAK** ) | [C. A NO. 11-1222] |
| ) | |
| **Appellee.** ) | |
| ) | |

**APPELLANT'S PARTIAL CONSENT MOTION TO STAY THE BRIEFING SCHEDULE AND FOR AN ENLARGEMENT OF TIME FOR HIS FILING BRIEF AND APPENDIX**

Appellant respectfully requests the Court to stay the Briefing Schedule for 60 Days and to enlarge the time for filing his Brief and Appendix. Appellant's Brief and Appendix are currently due to be filed on August 15, 2014.

This is an appeal of an employment case that is subject to mandatory mediation. The Mediator appointed by the court has scheduled the first mediation session for September 4, 2014, the first date on which all of the parties were available. In the event the mediation is successful, then it will not be necessary to prepare Appellant's Brief and assemble the Appendix. In the event that the Mediator believes a second mediation session would be useful, Appellant would have to file another motion for an enlargement of the Briefing Schedule. In the event that the Mediation is not successful, then Appellant's counsel would not have

adequate time to complete Appellant's Brief.

Meeting the current deadline of August, 15, 2014, for filing Appellants Brief would also impose a heavy burden on counsel for Mr. Burley, who recently relocated his office,  Granting the instant motion to stay the Briefing Schedule would give the scheduled mediation a full and fair opportunity to succeed.

Counsel for AMTRAK graciously consented in part to this Motion, but believes that a 30-day extension of time for filing Appellant's Brief is sufficient.

WHEREFORE, counsel for Appellant respectfully requests the Court enlarge the time for filing his Brief and Appendix to and including October 14, 2014.

Respectfully submitted,

/S/ John F. Karl, Jr.
John F. Karl, Jr. Bar No. 292458
McDonald & Karl
1025 Connecticut Avenue, N.W.
Suite 615
Washington, D.C. 20036
(202) 293-3200
Counsel for Appellant