# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7051**                                    **September Term, 2013**

1:11-cv-01222-EGS

Filed On: August 11, 2014 [1507102]

Greg Burley,

        Appellant

    v.

National Passenger Rail Corp., doing business as Amtrak,

        Appellee

## O R D E R

Upon consideration of appellant's partial consent motion to stay the briefing schedule and for an enlargement of time for his filing brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 14, 2014 |
| Appendix | October 14, 2014 |
| Appellee's Brief | November 13, 2014 |
| Appellant's Reply Brief | November 28, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk